# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BURT LEON SETTS,**

    **Petitioner,**

**v.**                                                  **Case No. 1:23-cv-99-AW-HTC**

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Burt Leon Setts purported to remove his state habeas case to this court under 28 U.S.C. § 1443. As the magistrate judge explains in the report and recommendation (ECF No. 6), this is not permissible. Having considered the report and recommendation, and having considered de novo the issues raised in Setts's objections (ECF No. 10; *see also* ECF No. 8), I now adopt the report and recommendation and incorporate it into this order.

The petition for removal (ECF No. 2) is DENIED. The clerk will remand the case to state court and then close the file.

SO ORDERED on June 21, 2023.

                                              s/ *Allen Winsor*
                                            United States District Judge